# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Carlos Garcia-Garcia,<br>A201 034 445<br>*Defendant* | )<br>)<br>) Case No. 16-8420MJ<br>)<br>)<br>)<br>)<br>) |

DOA 11-4-16

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 4, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Carlos Garcia-Garcia, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about July 1, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey P. S. for AUSA Natalie B. Huddleston

☒ Continued on the attached sheet.

*Complainant's signature*
Timothy S. Goodin
U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 7, 2016

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Timothy S. Goodin, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 4, 2016, Border Patrol Agent Charles Stevenson encountered an individual near Gila Bend, in the District of Arizona. The Agent identified himself as a United States Border Patrol Agent and performed an immigration inspection on the individual. The individual, later identified as Carlos Garcia-Garcia, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Garcia-Garcia was transported to the Ajo Border Patrol Station for further processing. Garcia-Garcia was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Carlos Garcia-Garcia to be a citizen and national of Mexico and a previously removed alien. Carlos Garcia-Garcia was removed from the United States to Mexico through Calexico, California, on or about July 1, 2012, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Carlos Garcia-Garcia in any Department of Homeland Security database to suggest that Garcia-Garcia obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

Garcia-Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. On November 4, 2016, Carlos Garcia-Garcia was advised of his constitutional rights. Garcia-Garcia freely and willingly acknowledged his rights and did not agree to answer questions or provide a statement under oath.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about November 4, 2016, Carlos Garcia-Garcia, an alien, was found in the United States of America at or near Gila Bend, in the County of Maricopa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about July 1, 2012, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

_____
Timothy S. Goodin
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 7th day of November, 2016.

_____
John Z. Boyle
United States Magistrate Judge